FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 06 2005

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

AGNES SHORT and
ANNE WEBB HAPPEL                                          PLAINTIFFS

v.                    CASE NO. 3:03-CV-343 GTE

DOROTHY S. MAY                                            DEFENDANT

## ORDER

On June 23, 2005, the Court entered an Order directing the Commissioners to provide information on their respective fees. It appears that this Order was not served on the Commissioners until July 6, 2005. Accordingly, the Court will *sua sponte* extend the deadline of that Order. The commissioners shall file the information requested in the previous Order no later than **Wednesday, July 20, 2005**. The joint motions shall remain in abeyance pending the determination of fees.

Dated this 6th day of July, 2005.

/s/ Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE

- 1 -