**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**AGNES SHORT and**
**ANNE WEBB HAPPEL**                                                                  **PLAINTIFFS**

**v.**                                         **CASE NO. 3:03-CV-343 GTE**

**DOROTHY S. MAY**                                                                   **DEFENDANT**

## ORDER

Presently before the Court is the Joint Motion for Assessment of Fees and Costs and the Joint Motion for voluntary dismissal. The Court held this Motion in abeyance pending receipt of additional information from the Commissioners. The Commissioners having now submitted the requested information, the Court shall now rule on the Motion.

The parties objected to paying the Commissioners at a rate of $150 per hour. Commissioner McCarty states that $100 per hour would be a fair rate. Commissioner Wallace avers that a "normal" rate for an appraiser is anywhere between $150 to $225 per hour, but requests $100 per hour for the work performed here. Commissioner Williford requests $150 per hour after calculating that amount to be his average rate of pay over the year. Based upon the statements and information provided by the Commissioners, the Court finds $100 per hour to be a reasonable hourly rate to paid here. The expenses listed by each Commissioner appears reasonable and shall be paid as requested by each Commissioner.

IT IS THEREFORE ORDERED that the Joint Motion for Assessment (Dkt. #34) be, and it is hereby, GRANTED. The fees and expenses for each Commissioner shall be paid as submitted, the

- 1 -

fees to be calculated at a rate of $100 per hour.

IT IS FURTHER ORDERED that the Joint Motion for voluntary dismissal (Dkt. #33) be, and it is hereby, GRANTED. This case is dismissed with prejudice.

Dated this 22nd day of August, 2005.

    _/s/Garnett Thomas Eisele_____
    UNITED STATES DISTRICT JUDGE