IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

AGNES M. SHORT and
ANNE WEBB HEPPEL,

    Plaintiffs,

vs.                      Case No. 3:03 CV00343 GTE

DOROTHY S. MAY,

    Defendant.

**CONSENT ORDER FOR
CONFIRMATION AND PAYMENT OF FEES AND COSTS**

COMES NOW, all of the parties, by and through their respective counsel, and consent to the following:

1. Pursuant to this Court's order of August 22, 2005 each party is ordered to pay 1/3 of the Commissioner's Fees and Costs in this matter.

2. Pursuant to this Court's order of August 22, 2005, each Commissioner is to be paid at the hourly rate of $100 per hour.

3. Based on information supplied by the Commissioners and Bond Engineering, the expert fees and costs in this matter are as set forth on the attached Exhibit A.

4. The parties will submit checks to the following parties, in the following amounts in order to pay all fees and costs involved in this matter in full:

        Agnes M. Short:
        Jim McCarty        1,722.14
        Richard Williford   4,477.03

|  |  |
|---|---|
| Total Party 1: | 6,199.17 |
| Anne Webb Heppel: | |
| David Wallace | 3,400.00 |
| Jim McCarty | 2,799.16 |
| Total Party 2: | 6,199.16 |
| Dorothy S. May: | |
| Bond Engineering | 3,500.00 |
| Jim McCarty | 2,699.17 |
| Total Party 3: | 6,199.17 |

5.   The above-referenced Commissioners fees and expenses from Bond Engineering represents the entire amount due to each Commissioner and Bond Engineering.

6.   When all of the above-referenced matters are paid as indicated, the Commissioners and Bond Engineering will have no further claim on the parties or property involved in this matter.

**IT IS THEREFORE SO ORDERED, ADJUDGED, AND DECREED.**

/s/Garnett Thomas Eisele
U.S. District Court Judge

Dated:___October 14, 2005

Consented to:

Caren B. Nichol (TN Bar No. 16093)
Evans & Petree PC
1000 Ridgeway Loop Road, Suite 200
Memphis, TN 38120
(901) 525-6781

Ralph W. Waddell (85163)
Barrett & Deacon
P.O. Box 1700
Jonesboro, AR 72403
(870) 931-1700

By: _____
Attorneys for Defendant

David C. Shelton (66057)
306 N. Missouri, Suite 3
P.O. Box 1624
West Memphis, AR 72303-1624
(870) 735-8833

By: _____
Attorney for Plaintiffs  by permission
                              CBN

# EXHIBIT A

Commissioner's Fees & Costs

| | | |
|---|---|---|
| Jim McCarty | | |
| Hours: | 71.5 | 7,150.00 |
| Expenses: | | 70.47 |
| Total Due Jim McCarty | | 7,220.47 |
| | | |
| David Wallace | | |
| Hours: | 34 | 3,400.00 |
| Total Due David Wallace | | 3,400.00 |
| | | |
| Richard Williford | | |
| Hours: (6,412.50/150) | 42.75 | 4,275.00 |
| Expenses: | | 67.03 |
| Pugh Abstract: | | 135.00 |
| Total Due Richard Williford | | 4,477.03 |

| | |
|---|---|
| Jim McCarty | 7,220.47 |
| David Wallace | 3,400.00 |
| Richard Williford | 4,477.03 |
| Bond Engineering | 3,500.00 |
| Total Due From Parties | 18,597.50 |